

Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 09/25/2025 | 10/08/2025 | 10/14/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,000.00 | 29.40 | 318.82 | 0.00 | 1,651.78 |
| YTD | 1,499.75 | 43,839.11 | 617.40 | 6,797.54 | 0.00 | 36,424.17 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus Club | | | 0 | | 0 | 199.45 | OASDI | 122.18 | 2,679.75 |
| EE Incentive | | | 0 | | 14.6 | 14.60 | Medicare | 28.57 | 626.71 |
| Holiday Pay | | | 0 | | 48 | 1,200.00 | Federal Withholding | 168.07 | 3,491.08 |
| Salary | 09/25/2025 - 10/08/2025 | 80 | 25 | 2,000.00 | 776 | 19,542.86 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 361.55 | | | |
| Credit Card Tips | | | 0 | | 0 | 1,767.12 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 1,209.18 | | | |
| Hourly Pay | | | 0 | | 715.300002 | 17,882.58 | | | |
| Overtime | | | 0 | | 8.45 | 339.77 | | | |
| PERSONAL | | | 0 | | 52.88 | 1,322.00 | | | |
| Earnings | | | | 2,000.00 | | 43,839.11 | Employee Taxes | 318.82 | 6,797.54 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 617.40 |
| Pre Tax Deductions | 29.40 | 617.40 |

| Cash Tips & Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life ER | 3.83 | 59.42 | OASDI - Taxable Wages | 1,970.60 | 43,221.71 |
| MEDICAL - ER | 201.94 | 4,387.38 | Medicare - Taxable Wages | 1,970.60 | 43,221.71 |
| STD | 2.88 | 28.80 | Federal Withholding - Taxable Wages | 1,970.60 | 43,221.71 |
| Cash Tips & Employer Paid Benefits | 208.65 | 4,475.60 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO Hours Time Off Plan | 3.69 | 0 | 36.9 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 10 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 1,651.78   USD |



Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 10/09/2025 | 10/22/2025 | 10/28/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,000.00 | 29.40 | 318.82 | 0.00 | 1,651.78 |
| YTD | 1,579.75 | 45,839.11 | 646.80 | 7,116.36 | 0.00 | 38,075.95 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus Club | | | 0 | | 0 | 199.45 | OASDI | 122.17 | 2,801.92 |
| EE Incentive | | | 0 | | 14.6 | 14.60 | Medicare | 28.58 | 655.29 |
| Holiday Pay | | | 0 | | 48 | 1,200.00 | Federal Withholding | 168.07 | 3,659.15 |
| Salary | 10/09/2025 - 10/22/2025 | 80 | 25 | 2,000.00 | 856 | 21,542.86 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 361.55 | | | |
| Credit Card Tips | | | 0 | | 0 | 1,767.12 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 1,209.18 | | | |
| Hourly Pay | | | 0 | | 715.300002 | 17,882.58 | | | |
| Overtime | | | 0 | | 8.45 | 339.77 | | | |
| PERSONAL | | | 0 | | 52.88 | 1,322.00 | | | |
| Earnings | | | | 2,000.00 | | 45,839.11 | Employee Taxes | 318.82 | 7,116.36 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 646.80 |
| Pre Tax Deductions | 29.40 | 646.80 |

| Cash Tips & Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life ER | 3.83 | 63.25 | OASDI - Taxable Wages | 1,970.60 | 45,192.31 |
| MEDICAL - ER | 201.94 | 4,589.32 | Medicare - Taxable Wages | 1,970.60 | 45,192.31 |
| STD | 2.88 | 31.68 | Federal Withholding - Taxable Wages | 1,970.60 | 45,192.31 |
| Cash Tips & Employer Paid Benefits | 208.65 | 4,684.25 | | | |

| | Federal | State | Absence Plans | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO Hours Time Off Plan | 3.69 | 0 | 40.59 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 10 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 1,651.78    USD |



Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 10/23/2025 | 11/05/2025 | 11/10/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,670.38 | 29.40 | 470.51 | 0.00 | 2,170.47 |
| YTD | 1,659.75 | 48,509.49 | 676.20 | 7,586.87 | 0.00 | 40,246.42 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus Club | | | 0 | | 0 | 199.45 | OASDI | 163.74 | 2,965.66 |
| Credit Card Tips | 10/23/2025 - 11/05/2025 | 0 | 0 | 538.61 | 0 | 2,305.73 | Medicare | 38.29 | 693.58 |
| EE Incentive | | | 0 | | 14.6 | 14.60 | Federal Withholding | 268.48 | 3,927.63 |
| SERVICE CHARGE | 10/23/2025 - 11/05/2025 | 0 | 0 | 131.77 | 0 | 1,340.95 | | | |
| Holiday Pay | | | 0 | | 48 | 1,200.00 | | | |
| Salary | 10/23/2025 - 11/05/2025 | 80 | 25 | 2,000.00 | 936 | 23,542.86 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 361.55 | | | |
| Hourly Pay | | | 0 | | 715.300002 | 17,882.58 | | | |
| Overtime | | | 0 | | 8.45 | 339.77 | | | |
| PERSONAL | | | 0 | | 52.88 | 1,322.00 | | | |
| Earnings | | | | 2,670.38 | | 48,509.49 | Employee Taxes | 470.51 | 7,586.87 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 676.20 |
| Pre Tax Deductions | 29.40 | 676.20 |

| Cash Tips & Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life ER | 3.83 | 67.08 | OASDI - Taxable Wages | 2,640.98 | 47,833.29 |
| MEDICAL - ER | 201.94 | 4,791.26 | Medicare - Taxable Wages | 2,640.98 | 47,833.29 |
| STD | 2.88 | 34.56 | Federal Withholding - Taxable Wages | 2,640.98 | 47,833.29 |
| Cash Tips & Employer Paid Benefits | 208.65 | 4,892.90 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO Hours Time Off Plan | 3.69 | 0 | 44.28 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 10 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 2,170.47  USD |



Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 11/06/2025 | 11/19/2025 | 11/25/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,000.00 | 29.40 | 318.83 | 0.00 | 1,651.77 |
| YTD | 1,739.75 | 50,509.49 | 705.60 | 7,905.70 | 0.00 | 41,898.19 |

| Earnings |||||||
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Bonus Club | | 0 | | | 0 | 199.45 |
| Credit Card Tips | | 0 | | | 0 | 2,305.73 |
| EE Incentive | | 0 | | | 14.6 | 14.60 |
| Holiday Pay | | 0 | | | 48 | 1,200.00 |
| Salary | 11/06/2025 - 11/19/2025 | 80 | 25 | 2,000.00 | 1016 | 25,542.86 |
| SERVICE CHARGE | | 0 | | | 0 | 361.55 |
| SERVICE CHARGE | | 0 | | | 0 | 1,340.95 |
| Hourly Pay | | 0 | | | 715.300002 | 17,882.58 |
| Overtime | | 0 | | | 8.45 | 339.77 |
| PERSONAL | | 0 | | | 52.88 | 1,322.00 |
| Earnings | | | | 2,000.00 | | 50,509.49 |

| Employee Taxes |||
|---|---|---|
| Description | Amount | YTD |
| OASDI | 122.18 | 3,087.84 |
| Medicare | 28.58 | 722.16 |
| Federal Withholding | 168.07 | 4,095.70 |
| Employee Taxes | 318.83 | 7,905.70 |

| Pre Tax Deductions |||
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 705.60 |
| Pre Tax Deductions | 29.40 | 705.60 |

| Cash Tips & Employer Paid Benefits |||
|---|---|---|
| Description | Amount | YTD |
| Basic Life ER | 3.83 | 70.91 |
| MEDICAL - ER | 201.94 | 4,993.20 |
| STD | 2.88 | 37.44 |
| Cash Tips & Employer Paid Benefits | 208.65 | 5,101.55 |

| Taxable Wages |||
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,970.60 | 49,803.89 |
| Medicare - Taxable Wages | 1,970.60 | 49,803.89 |
| Federal Withholding - Taxable Wages | 1,970.60 | 49,803.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 10 | |

| Absence Plans ||||
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| PTO Hours Time Off Plan | 3.69 | 0 | 47.97 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JP Morgan Chase Bank | JP Morgan Chase Bank ******5980 | ******5980 | | 1,651.77    USD |



Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 11/20/2025 | 12/03/2025 | 12/09/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,249.33 | 29.40 | 367.82 | 0.00 | 1,852.11 |
| YTD | 1,811.75 | 52,758.82 | 735.00 | 8,273.52 | 0.00 | 43,750.30 |

| Earnings ||||||| Employee Taxes |||
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus Club | | | 0 | | 0 | 199.45 | OASDI | 137.64 | 3,225.48 |
| Credit Card Tips | 11/20/2025 - 12/03/2025 | 0 | 0 | 249.33 | 0 | 2,555.06 | Medicare | 32.19 | 754.35 |
| EE Incentive | | | 0 | | 14.6 | 14.60 | Federal Withholding | 197.99 | 4,293.69 |
| Holiday Pay | 11/20/2025 - 12/03/2025 | 8 | 25 | 200.00 | 56 | 1,400.00 | | | |
| Salary | 11/20/2025 - 12/03/2025 | 72 | 25 | 1,800.00 | 1088 | 27,342.86 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 361.55 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 1,340.95 | | | |
| Hourly Pay | | | 0 | | 715.300002 | 17,882.58 | | | |
| Overtime | | | 0 | | 8.45 | 339.77 | | | |
| PERSONAL | | | 0 | | 52.88 | 1,322.00 | | | |
| Earnings | | | | 2,249.33 | | 52,758.82 | Employee Taxes | 367.82 | 8,273.52 |

| Pre Tax Deductions |||
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 735.00 |
| Pre Tax Deductions | 29.40 | 735.00 |

| Cash Tips & Employer Paid Benefits ||| Taxable Wages |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life ER | 3.83 | 74.74 | OASDI - Taxable Wages | 2,219.93 | 52,023.82 |
| MEDICAL - ER | 201.94 | 5,195.14 | Medicare - Taxable Wages | 2,219.93 | 52,023.82 |
| STD | 2.88 | 40.32 | Federal Withholding - Taxable Wages | 2,219.93 | 52,023.82 |
| Cash Tips & Employer Paid Benefits | 208.65 | 5,310.20 | | | |

| | Federal | State | Absence Plans |||
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO Hours Time Off Plan | 3.69 | 0 | 51.66 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 10 | | | | | |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JP Morgan Chase Bank | JP Morgan Chase Bank ******5980 | ******5980 | | 1,852.11    USD |



Evergreen Alliance Golf Limited LP dba Arcis Golf    8343 Douglas Avenue Suite 200 Dallas, TX 75225    +1 (214) 7226000
Robert Arnet    3057 Harper Street Little Elm, TX 75068

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Arnet | Evergreen Alliance Golf Limited LP dba Ar | 222878 | 12/04/2025 | 12/17/2025 | 12/23/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,376.29 | 29.40 | 392.75 | 0.00 | 1,954.14 |
| YTD | 1,891.75 | 55,135.11 | 764.40 | 8,666.27 | 0.00 | 45,704.44 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus Club | | | 0 | | 0 | 199.45 | OASDI | 145.50 | 3,370.98 |
| Credit Card Tips | 12/04/2025 - 12/17/2025 | 0 | 0 | 376.29 | 0 | 2,931.35 | Medicare | 34.03 | 788.38 |
| EE Incentive | | | 0 | | 14.6 | 14.60 | Federal Withholding | 213.22 | 4,506.91 |
| Holiday Pay | | | 0 | | 56 | 1,400.00 | | | |
| Salary | 12/04/2025 - 12/17/2025 | 80 | 25 | 2,000.00 | 1168 | 29,342.86 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 361.55 | | | |
| SERVICE CHARGE | | | 0 | | 0 | 1,340.95 | | | |
| Hourly Pay | | | 0 | | 715.300002 | 17,882.58 | | | |
| Overtime | | | 0 | | 8.45 | 339.77 | | | |
| PERSONAL | | | 0 | | 52.88 | 1,322.00 | | | |
| Earnings | | | | 2,376.29 | | 55,135.11 | Employee Taxes | 392.75 | 8,666.27 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| MEDICAL | 29.40 | 764.40 |
| Pre Tax Deductions | 29.40 | 764.40 |

| Cash Tips & Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life ER | 3.83 | 78.57 | OASDI - Taxable Wages | 2,346.89 | 54,370.71 |
| MEDICAL - ER | 201.94 | 5,397.08 | Medicare - Taxable Wages | 2,346.89 | 54,370.71 |
| STD | 2.88 | 43.20 | Federal Withholding - Taxable Wages | 2,346.89 | 54,370.71 |
| Cash Tips & Employer Paid Benefits | 208.65 | 5,518.85 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PTO Hours Time Off Plan | 3.69 | 0 | 55.35 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 10 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JP Morgan Chase Bank | JP Morgan Chase Bank ******5980 | ******5980 | | 1,954.14    USD |